United States District Court
Southern District of Texas
FILED

SEP 24 2002

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

MAR 18 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | B 02-186 |
| | ) | |
| | ) | B-98-393 |
| | ) | |
| v. | ) | NUNC PRO TUNC. |
| | ) | MOTION FOR CLARIFICATION |
| | ) | OF SENTENCE AND TRANSCRIPT |
| JOSE ALFREDO ESPINOZA TAPIA | ) | OF SENTENCING HEARING |
| aka Jorge Luis Arvis-Vela | ) | |

COMES NOW the defendant, pro se, and prays this honorable court will issue an order granting the above aforementioned motion for Clarification of Sentence and Transcript of Sentencing hearing for the good reasons adduced hereto.

Defendant was sentenced by this court on the 20th day of October 1998 to a 96 month sentence to be served concurrently with his Texas state sentence (96-CR-1403-A; please see exhibit "A" and "B"). Upon sentencing defendant was returned to the State of Texas where he resided for approximately 31 months before being committed upon the 8th day of May 2001 to the Federal Bureau of Prisons.

To date no form of concurrency with his state sentence have been achieved. Various administrative avenues have been pursued to no avail. Defendant seeks only the implementation of this honorable courts judgement and commitment order. It is clear that the defendant must, by all applicable statute, be given Federal credit for the time he spent in the Texas Department of

Correction, To that end defendant asks this honorable court to clarify the concurrent terms of his sentencing for all interested parties. Defendant further asks this court to grant his request for a transcript of his sentencing hearing and to that end has filed conjunctive to this Motion an Application To Proceed In Forma Pauperis.

For the reasons adduced hereto and in the interests of justice defendant prays that this honorable court will clarify its order of judgement and committment and thereby achieve its implementation.

Respectfully submitted,

*Jose Alfredo Espinoza Tapia*
Jose Alredo Espinoza Tapia