UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 24 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | B-02-186 |
| VS | * CR. NO. B-98-393 | |
| JOSE ALFREDO ESPINOZA-TAPIA<br>aka Jorge Luis Arvis-Vela | * | |

### ORDER

The Applicant may proceed in forma pauperis without prepayment of cost or fees or the necessity of giving security therefor.

The Petitioner's Nunc Pro Tunc Motion for Clarification of Sentence is hereby construed as a Writ of Habeas Corpus under 28 U.S.C. § 2241. The U.S. District Clerk is hereby ORDERED to open a separate file.

The Clerk is hereby ORDERED to send a copy of the transcript of the sentencing record to the Petitioner.

DONE at Brownsville, Texas, this 24th day of September 2002.

_____
Felix Recio
United States Magistrate Judge