**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA | * | |
| aka Jorge Luis Arvis-Vela | * | |
| | * | |
| VS | * | C.A. NO. B-02-186 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-393) |

**ORDER**

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2241 Writ of Habeas Corpus on or before **January 6, 2003**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 5th day of November 2002.

Felix Recio
United States Magistrate Judge