UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA<br>Petitioner, | *<br>*<br>* | |
| vs. | *<br>* | CIVIL ACTION No. B-02-186<br>(Criminal No. B-98-393) |
| UNITED STATES OF AMERICA,<br>Respondent. | *<br>* | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S NUNC PRO TUNC MOTION FOR CLARIFICATION OF SENTENCE AND TRANSCRIPT OF SENTENCING HEARING (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, respectfully files this its motion for extension of time to file its response to Petitioner's Nunc Pro Tunc Motion for Clarification of Sentence which the Court has construed as a Writ of Habeas Corpus under 28 U.S.C. §2241.

In support of this motion for extension, the Government submits that on December 16, 2002, it requested from the court reporter a copy of the re-arraignment transcript proceeding in the criminal case (Criminal No. B-98-393). To date, the Government has not yet received the transcript, as such, the undersigned will need additional time in which to submit an answer.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its motion for extension of time for an additional thirty (30) days in which to submit its response to Petitioner's Motion for Clarification of Sentence.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Extension of Time to File Response to Petitioner's Nunc Pro Tunc Motion for Clarification of Sentence (Opposition Unknown) was mailed via certified mail, return-receipt requested to:

Jose Alfredo Espinoza-Tapia
Prisoner No. 74056079
Big Spring Correctional Ctr
3700 Wright Avenue
Big Spring, TX 79720

on this the 30th day of DECEMBER, 2002.

MARK M. DOWD
Assistant United States Attorney

2