5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-186 CRIMINAL NO. B-98-393 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER

Before the Court is the Respondent's "Motion for Extension of Time to File Response to Petitioner's Nunc Pro Tunc Motion for Clarification of Sentence and Transcript of Sentencing Hearing" (Doc. # 4). Said motion is hereby GRANTED, and the Government will now have until February 7, 2003 to respond.

DONE at Brownsville, Texas, this 6th day of January, 2003.

Felix Recio
United States Magistrate Judge