UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-186 |
| | § | CRIMINAL NO. B-98-393 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jose Alfredo Espinoza-Tapia has filed a Motion for Clarification of Sentence, which this court has construed as a petition for a writ of habeas corpus in accordance with 28 U.S.C. § 2241. For the following reasons, Petitioner's Motion for Relief should be TRANSFERRED to the Abilene Division of the Northern District of Texas.

### BACKGROUND

Petitioner was prosecuted in the Southern District of Texas, Brownsville Division, in Criminal Case Number B-98-393. Espinoza-Tapia is currently incarcerated at the federal prison in Big Spring, Texas. He was sentenced on October 20, 1998, to a ninety-six (96) month term of imprisonment following his federal criminal conviction for illegal re-entry by an illegal alien pursuant to 8 U.S.C. Section 1326. Espinoza-Tapia's federal sentence was ordered to run concurrently with the state sentence he was then serving. At the time of his federal sentencing, Petitioner was serving a two-year state sentence for burglary.

### ANALYSIS

Espinoza-Tapia is presently confined in the Federal Correctional Institute at Big Springs, Texas, which is located within the Northern Judicial District. Espinoza-Tapia claims that the Bureau of Prisons is not honoring the sentencing order of the district court. Therefore, his claim

is in regard to the execution of his sentence. Such claims are cognizable under 28 U.S.C. § 2241. Jurisdiction under § 2241 is found in the district where the Petitioner is confined.[1] In this case, Petitioner is confined in Big Springs, Texas, the Northern Judicial District of Texas, and his claims should be transferred for review under 28 U.S.C. § 2241.

## RECOMMENDATION

For the reasons stated above, Petitioner's complaints regarding the execution of his sentence, under 28 U.S.C. § 2241, should be transferred to the Northern District of Texas, Abilene Division.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.[2]

DONE at Brownsville, Texas, this 13th day of February, 2003.

Felix Recio
United States Magistrate Judge

---

[1] United States v. Gabor, 905 F.2d 76, 77 (5th Cir. 1990).

[2] Douglass v. United States Automobile Association, 79 F.3d 1415 (5th Cir. 1996).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-186 |
| | § | CRIMINAL NO. B-98-393 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's complaint regarding the execution of his sentence, under 28 U.S.C. § 2241 is hereby transferred to the Northern District of Texas, Abilene Division.

DONE at Brownsville, Texas this _____ day of _____, 2003.

Hilda Tagle
United States District Judge