United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO ESPINOZA-TAPIA, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-02-186 CRIMINAL NO. B-98-393 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's complaint regarding the execution of his sentence, under 28 U.S.C. § 2241 is hereby transferred to the Northern District of Texas, Abilene Division.

DONE at Brownsville, Texas this 14 day of March, 2003.

_____
Hilda Tagle
United States District Judge